In the Matter of the Claim of JOSEPH DWORAK against E. GREENBAUM Co. et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

Argued October 8, 1941; decided November 19, 1941.

*John J. Bennett, Jr.,* Attorney-General (*Roy Wiedersum* of counsel), for appellant.

*Anthony J. Caputo* and *Byron Clark* for respondents.

Order affirmed, with costs against the State Industrial Board. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and LEWIS, JJ. Dissenting: RIPPEY, CONWAY and DESMOND, JJ.